# Order

Michigan Supreme Court
Lansing, Michigan

March 21, 2018

155906-16 & (74)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SAGINAW EDUCATION ASSOCIATION,
      Respondent-Appellant/
      Cross-Appellee,

v

SC: 155906
COA: 329419
MERC: 13-013125

KATHY EADY-MISKIEWICZ,
      Charging Party-Appellee/
      Cross-Appellant.

_____/

MICHIGAN EDUCATION ASSOCIATION,
      Respondent-Appellant/
      Cross-Appellee,

v

SC: 155907
COA: 329425
MERC: 13-013127

KATHY EADY-MISKIEWICZ,
      Charging Party-Appellee/
      Cross-Appellant.

_____/

SAGINAW EDUCATION ASSOCIATION,
      Respondent-Appellant/
      Cross-Appellee,

v

SC: 155908
COA: 329426
MERC: 13-013128

MATT KNAPP,
      Charging Party-Appellee/
      Cross-Appellant.

_____/

MICHIGAN EDUCATION ASSOCIATION,
  Respondent-Appellant/
  Cross-Appellee,

v               SC: 155909
                COA: 329427
                MERC: 13-013129

MATT KNAPP,
  Charging Party-Appellee/
  Cross-Appellant.

_____/

SAGINAW EDUCATION ASSOCIATION,
  Respondent-Appellant/
  Cross-Appellee,

v               SC: 155910
                COA: 329428
                MERC: 13-013130

JASON LAPORTE,
  Charging Party-Appellee/
  Cross-Appellant.

_____/

MICHIGAN EDUCATION ASSOCIATION,
  Respondent-Appellant/
  Cross-Appellee,

v               SC: 155911
                COA: 329429
                MERC: 13-013131

JASON LAPORTE,
  Charging Party-Appellee/
  Cross-Appellant.

_____/

SAGINAW EDUCATION ASSOCIATION,
  Respondent-Appellant/
  Cross-Appellee,

v               SC: 155912
                COA: 329430
                MERC: 13-013132

SUSAN ROMSKA,
  Charging Party-Appellee/
  Cross-Appellant.

_____/

MICHIGAN EDUCATION ASSOCIATION,
     Respondent-Appellant/
     Cross-Appellee,

v                                    SC: 155913
                                      COA: 329431
                                      MERC: 13-013134

SUSAN ROMSKA,
     Charging Party-Appellee/
     Cross-Appellant.

_____/

STANDISH-STERLING EDUCATIONAL SUPPORT
PERSONNEL ASSOCIATION MEA/NEA,
     Respondent-Appellant
,

v                                      SC: 155914
                                      COA: 331398
                                      MERC: 14-002293

MARK NORGAN,
     Charging Party-Appellee.

_____/

GRAND BLANC CLERICAL ASSOCIATION and
MICHIGAN EDUCATION ASSOCIATION,
     Respondents-Appellants,

v                                      SC: 155915
                                      COA: 331762
                                      MERC: 14-006843

MARY CARR,
     Charging Party-Appellee.

_____/

BATTLE CREEK EDUCATIONAL
SECRETARIES ASSOCIATION and MICHIGAN
EDUCATION ASSOCIATION,
     Respondents-Appellants,

v                                      SC: 155916
                                      COA: 331875
                                      MERC: 14-004413

ALPHIA SNYDER,
     Charging Party-Appellee.

_____/

On order of the Court, the application for leave to appeal the May 2, 2017 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2018



Clerk

t0314